```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                              Case No. 17-05030-RNO
Joseph Gary Ruby                                                    Chapter 13
        Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: PRatchfor          Page 1 of 1           Date Rcvd: Mar 08, 2018
                              Form ID: ntcnfhrg        Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db              Joseph Gary Ruby,    108 Crestwood Ln,    Archbald, PA 18403-1995
aty            +Peoples Security Bank & Trust Co. c/o James T. Sho,    600 Third Avenue,
                 Kingston, PA 18704-5815
4999704         Albertelli Law,    PO Box 23028,    Tampa, FL 33623-2028
5019526        +FORD MOTOR CREDIT COMPANY,    SOLOMON VIGH PA,    PO BOX 3275,    TAMPA FL 33601-3275
4999703         Law Office of Brian E Manning,    512 S Blakely St,    Dunmore, PA 18512-2237
5004584       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    Bankruptcy Department,    P.O Box 619096,
                 Dallas, TX 75261-9741)
4999706         Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
4999707         Peoples Security Bank & Trust,    82 Franklin Ave,    Hallstead, PA 18822-9780
4999702         Ruby Joseph Gary,    108 Crestwood Ln,    Archbald, PA 18403-1995

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4999705         E-mail/Text: cio.bncmail@irs.gov Mar 08 2018 19:10:39     INTERNAL REVENUE SERVICE,
                 P O Box 21126,    Philadelphia, PA 19114
4999867        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2018 19:11:56
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5002367         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2018 19:10:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
5016593         E-mail/Text: bkdepartment@rtresolutions.com Mar 08 2018 19:11:11
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite 150,
                 Dallas, Texas 75247-4029
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                          Signature:  /s/Joseph Speetjens

---

                         **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
              Brian E Manning    on behalf of Debtor 1 Joseph Gary Ruby BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As Trustee et al
               bkgroup@kmllawgroup.com
              James T. Shoemaker    on behalf of Attorney    Peoples Security Bank & Trust Co. c/o James T.
               Shoemaker, Esq. jshoemaker@hkqpc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Joseph Gary Ruby  
aka Gary Ruby  
Debtor(s)

Chapter 13

Case No. 5:17−bk−05030−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 25, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 2, 2018<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 8, 2018 |