**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No. 5-17-05030 |
| JOSEPH GARY RUBY | Chapter 13 |
| Debtor | Robert N. Opel, II, C.B.J. |
| PEOPLES SECURITY BANK & TRUST | |
| Movant | |
| v. | |
| JOSEPH GARY RUBY | |
| Respondent | |

## WITHDRAWAL OF REPLY TO MOTION FOR RELIEF OF PEOPLES SECURITY BANK & TRUST

AND NOW, comes the Debtor herein by and through his attorney, Brian E. Manning Esquire, and hereby WITHDRAWS the Reply to the Motion for Relief of Peoples Security Bank & Trust Company filed on January 29, 2018.

        Respectfully Submitted
        **Law Offices of Brian E. Manning**
        /s/ Brian E. Manning
        Brian E. Manning, Esquire
        502 S. Blakely, St., Suite B
        Dunmore, PA 18512
        Tel. 570-558-1126
        Fax 866-559-9808
        brianemanning@comcast.net
        Attorney for the Debtor

Dated: March 26, 2018