**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     JOSEPH GARY RUBY
           AKA: GARY RUBY

           Debtor(s)                 CHAPTER 13

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                 Movant
vs.

           JOSEPH GARY RUBY          CASE NO: 5-17-05030-RNO
           AKA: GARY RUBY

                Respondent(s)

<u>**TRUSTEE'S MOTION TO DISMISS CASE**</u>

      AND NOW, on August 27, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1.      A Plan was filed on February 8, 2018.

2.      A Confirmation hearing was held and an Order was entered on May 2, 2018
        directing that an amended plan be filed within sixty (60) days.

3.      As of the date of this Motion, an amended plan has not been filed.

4.      The delay in filing a confirmable plan in this case is prejudicial to creditors.

      WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

                        Respectfully submitted,

                        s/  Agatha R. McHale, Esq.
                        Id:  47613
                        Attorney for Trustee
                        Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        Ste. A, 8125 Adams Drive
                        Hummelstown, PA   17036
                        Ph.  717-566-6097
                        Fax. 717-566-8313
                        eMail: amchale@pamd13trustee.com

IN RE:    JOSEPH GARY RUBY
          AKA: GARY RUBY                          CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III                  CASE NO: 5-17-05030-RNO
          CHAPTER 13 TRUSTEE
          Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date:    October 12, 2018<br><br>Time:    09:30 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
Phone:  (717) 566-6097
Email:   dehartstaff@pamd13trustee.com

Dated:   August 27, 2018

IN     JOSEPH GARY RUBY          CHAPTER 13
RE:     AKA: GARY RUBY

                                 CASE NO: 5-17-05030-RNO

       Debtor(s)

       CHARLES J. DEHART, III
       CHAPTER 13 TRUSTEE
            Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 27, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

BRIAN E MANNING, ESQUIRE          Served electronically
502 SOUTH BLAKELY STREET
DUNMORE, PA   18512-

United States Trustee
228 Walnut Street                  Served electronically
Suite 1190
Harrisburg, PA   17101

JOSEPH GARY RUBY
108 CRESTWOOD LN.
ARCHBALD, PA   18403-1995         Served by 1ST class mail

I certify under penalty of perjury that the foregoing is true and correct.

Date:   August 27, 2018            <u>Vickie Williams</u>
                                 for Charles J. DeHart, III, Trustee
                                 Suite A, 8125 Adams Dr.
                                 Hummelstown, PA   17036
                                 Phone:   (717) 566-6097
                                 eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  JOSEPH GARY RUBY
        AKA: GARY RUBY

              Debtor(s)                    CHAPTER 13

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
                Movant

        vs.

        JOSEPH GARY RUBY                   CASE NO: 5-17-05030-RNO
        AKA: GARY RUBY

              Respondent(s)


## <u>ORDER DISMSSING CASE</u>

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.