# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-17-05030 |
| JOSEPH GARY RUBY | Chapter 13 |
| Debtor | Robert N. Opel, II, B.J. |

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 PROCEEDING AS A MATTER OF RIGHT

AND NOW, comes the Debtor herein, by and through his attorney, Brian E. Manning, and files the following Motion and in Support thereof alleges:

1. The above captioned case was commenced by the filing of a voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code on December 5, 2017.

2. This case has not previously been converted from any other Chapter and the Debtor, pursuant to 11 U.S.C. § 1307(b) requests dismissal of his case.

3. The Debtor has provided notice of this Motion to Charles J. Dehart, III, the Chapter 13 Trustee as well as the Office of the United States Trustee.

WHEREFORE, the Debtor respectfully requests that this Court enter an order dismissing this Chapter 13 Proceeding.

**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808

Dated: September 7, 2018

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-17-05030 |
| JOSEPH GARY RUBY | Chapter 13 |
| Debtor | Robert N. Opel, II, B.J. |

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS

AND NOW, upon consideration of the Motion of the Debtor to dismiss his case pursuant to 11 U.S.C. §1397 (b), and copies of the Motion having been served upon the Chapter 13 Trustee and the Office of the United States Trustee, it is hereby

ORDERED and DECREED that the above captioned case be and hereby is DISMISSED.