United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Joseph Gary Ruby  
     Debtor

Case No. 17-05030-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: JGoodling     Page 1 of 1     Date Rcvd: Sep 10, 2018  
                     Form ID: pdf010     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
```
db              Joseph Gary Ruby,    108 Crestwood Ln,    Archbald, PA 18403-1995
aty            +Peoples Security Bank & Trust Co. c/o James T. Sho,    600 Third Avenue,
                 Kingston, PA 18704-5815
4999704         Albertelli Law,    PO Box 23028,    Tampa, FL  33623-2028
5019526        +FORD MOTOR CREDIT COMPANY,    SOLOMON VIGH PA,    PO BOX 3275,    TAMPA FL 33601-3275
4999703         Law Office of Brian E Manning,    512 S Blakely St,    Dunmore, PA  18512-2237
5004584       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    Bankruptcy Department,    P.O Box 619096,
                 Dallas, TX 75261-9741)
4999706         Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
4999707         Peoples Security Bank & Trust,    82 Franklin Ave,    Hallstead, PA  18822-9780
4999702         Ruby Joseph Gary,    108 Crestwood Ln,    Archbald, PA 18403-1995
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4999705         E-mail/Text: cio.bncmail@irs.gov Sep 10 2018 19:07:45      INTERNAL REVENUE SERVICE,
                 P O Box 21126,    Philadelphia, PA  19114
4999867        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2018 19:19:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5002367         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2018 19:08:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5016593         E-mail/Text: bkdepartment@rtresolutions.com Sep 10 2018 19:08:13
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite 150,
                 Dallas, Texas 75247-4029
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              U.S. BANK NATIONAL ASSOCIATION
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
```
              Brian E Manning    on behalf of Debtor 1 Joseph Gary Ruby BrianEManning@comcast.net,
               G17590@notify.cincompass.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As Trustee et al
               bkgroup@kmllawgroup.com
              James T. Shoemaker    on behalf of Attorney    Peoples Security Bank & Trust Co. c/o James T.
               Shoemaker, Esq. jshoemaker@hkqpc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSEPH GARY RUBY
aka Gary Ruby

Debtor 1

Chapter: 13
Case No.: 5:17-05030-RNO

## ORDER DISMISSING CASE

Upon consideration of the motion to dismiss filed by Debtor(s), it is hereby

ORDERED that this case is dismissed.

Dated: September 10, 2018

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

Order Dismissing Case – Revised 4/18